UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. |
| v. | ) | |
| | ) | ADDENDUM TO PLEA AGREEMENT |
| DANIEL C. OLIVARES | ) | |

The parties stipulate to the facts as set out in the Bill of Information, as the factual basis for the offense, as required by Fed. R. Crim. P. 11(b)(3). The defendant stipulates that the Court may use the offense conduct set out in the Bill of Information to establish a factual basis for the defendant's plea

SO AGREED:

_____  DATED: 2-5-14
MARK T. ODULIO, Assistant United States Attorney

_____  DATED: 2-5-14
JENNY G. SUGAR, Assistant United States Attorney

_____  DATED: 2-4-2014
S. FREDERICK WINIKER III, Attorney for Defendant

_____  DATED: 2/4/2014
DANIEL C. OLIVARES, Defendant

1